**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **OSCAR HERNANDEZ, individually and on behalf of all others similarly situated,**<br><br>　　　　Plaintiff(s),<br><br>　　vs.<br><br>**PATH, INC.,**<br><br>　　　　Defendant(s). | Case No.: 12-CV-~~01529~~ 01515 -YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from October 29, 2012 to **Monday, December 17, 2012** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 5.

If Plaintiff opts to proceed on the First Amended Complaint, then initial disclosures shall be exchanged within 14 days after Plaintiff files such notice.

**IT IS SO ORDERED.**

Dated: October 23, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**