United States District Court
Northern District of California

1

2

3

4          **UNITED STATES DISTRICT COURT**

5          **NORTHERN DISTRICT OF CALIFORNIA**

6

7

8

9

10   **OSCAR HERNANDEZ, individually and on**          Case No.: 12-CV-1515 YGR
     **behalf of a class of similarly situated**
11   **individualstiff,**                              **ORDER TO SHOW CAUSE; CONTINUING CASE**
                                                        **MANAGEMENT CONFERENCE**
12            **Plaintiff(s),**

13            **vs.**

14   **PATH, INC.,**

15            **Defendant.**

16

17        The parties did not file an updated case management statement for the December 17, 2012

18   Case Management Conference.  The Case Management Conference is **CONTINUED** to **January 7,**

19   **2013** and the parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to

20   timely file an updated Joint Case Management Statement.

21        A hearing on this Order to Show Cause will be held on **Friday, December 21, 2012** on the

22   Court's **9:01 a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in

23   Courtroom 5.

24        By no later than **Monday, December 17, 2012**, the parties must file either (1) a joint case

25   management statement, which includes a statement that they have reviewed the Local Rules with

26   respect to their responsibilities; or (2) a written response to this Order to Show Cause why they

27   should not be sanctioned for their failure to timely file a joint case management statement.  If the

28   Court is satisfied with the parties' response, the parties need not appear and the hearing will be taken

off calendar.  Otherwise, lead trial counsel must personally appear at the hearing.  Neither a special appearance nor a telephonic appearance will be permitted.  Failure to file a joint statement, written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED.**

Date: December 12, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**