STRANGE & CARPENTER
Brian R. Strange (Cal. Bar. No. 103252)
LACounsel@earthlink.net
David A. Holop (Cal. Bar. No. 280475)
DHolop@strangeandcarpenter.com
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA 90025
Telephone: (310) 207-5055
Facsimile: (310) 826-3210

Joseph H. Malley (not admitted)
malleylaw@gmail.com
Law Office of Joseph H. Malley
1045 North Zang Boulevard
Dallas, TX 75208
Telephone: (214) 943-6100
Facsimile: (214) 943-6170

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| OSCAR HERNANDEZ and LAUREN CARTER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>PATH, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 12-CV-1515-YGR<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS OSCAR HERNANDEZ AND LAUREN CARTER'S STATEMENT OF NON-OPPOSITION TO APPLE INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER TRANSFERRED *OPPERMAN* CASE SHOULD BE RELATED**<br><br>Dept.:       Oakland Courthouse<br>Judge:       Hon. Yvonne Gonzalez Rogers<br><br>Action Filed:    March 26, 2012 |

Plaintiffs' Statement of Non-Opposition to Apple Inc.'s Administrative Motion to Consider Whether Transferred *Opperman* Case Should Be Related                                       Case No. 12-CV-1515-YGR

1

1   On February 13, 2013, Apple, Inc. filed an administrative motion to relate the aforementioned case to the action entitled *Opperman v. Path, Inc.*, No. 4:13-cv-00453-DMR (N.D. Cal.). Plaintiffs Oscar Hernandez and Lauren Carter, individually and on behalf of a class of similarly situated individuals ("Plaintiffs"), recognize that Path, Inc. is a defendant in both the *Opperman* and the aforementioned case. Additionally, while Plaintiffs acknowledge that some factual and legal issues as they relate to Defendant Path, Inc. are similar in both cases, as Defendant admits, some of the issues in the aforementioned case are not similar to *Opperman*. *See* Def. Path Inc.'s Response in Support of Apple Inc.'s Mot. to Relate at 2 (Dkt. No. 53) ("*Hernandez* also makes distinct allegations not made in *Opperman* . . . ."). However, in light of the language in Civil Local Rule 3-12(a), Plaintiffs hereby notify the Court that they do not oppose relation of the cases before the Honorable Yvonne Gonzalez Rogers.

Dated: February 19, 2013                    Respectfully submitted,

                                            STRANGE & CARPENTER

                                            By:   /s/ Brian R. Strange
                                                  BRIAN R. STRANGE

                                            *Attorneys for Plaintiffs*

---

Plaintiffs' Statement of Non-Opposition to Apple Inc.'s Administrative Motion to Consider Whether Transferred *Opperman* Case Should Be Related                    Case No. 12-CV-1515-YGR