United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **OSCAR HERNANDEZ** *et al.*, <br><br>        Plaintiff(s), <br><br>    vs. <br><br> **PATH, INC.**, <br><br>        Defendant(s). | Case No.: 12-CV-01515 YGR <br><br> **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| **MARIA PIROZZI** *et al.*, <br><br>        Plaintiff(s), <br><br>    vs. <br><br> **APPLE, INC.**, <br><br>        Defendant(s). | Case No.: 12-CV-01529 YGR |

Pursuant to Civil Local Rule 3-12(c), the above cases are hereby referred to the Honorable Jon S. Tigar to consider whether the cases are related to *Opperman et al. v. Path, Inc. et al.*, 3:13-CV-00453-JST.

**IT IS SO ORDERED.**

Date: April 8, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**