FILED

JUL 01 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PATH, INC., et al.,<br><br>    Defendants. | Case No.: 13-cv-00453-JST<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] SCHEDULING ORDER<br><br>THIS DOCUMENT RELATES TO ALL CASES:<br><br>Opperman, et al. v. Path, Inc., No. 13-cv-00453-JST<br><br>Hernandez, et al. v. Path, Inc., No. 12-cv-01515-JST<br><br>Pirozzi v. Apple, Inc., No. 12-cv-01529-JST<br><br>Gutierrez, et al. v. Instagram, Inc., No. 12-cv-06550-JST |

On June 21, 2013, the Court held a Case Management Conference attended by counsel for all Parties in each of the above-captioned Related Actions. At the Case Management Conference, the Court ordered the following:

- The Court will hear Apple, Inc.'s Motion to Dismiss in the *Pirozzi* action on August 1, 2013 at 10:00 a.m.;
- All Plaintiffs will file a Consolidated Amended Complaint within ten (10) days following the issuance of the Court's order on Apple, Inc.'s Motion to Dismiss in the *Pirozzi* action;
- Following consideration of Apple, Inc.'s Motion to Dismiss in the *Pirozzi* action, the Court will hold a Case Management Conference for all actions on August 1, 2013 at 10:00 a.m.;
- The Parties will file a Joint Case Management Statement on or before July 25, 2013, addressing any new issues and specifically addressing (1) the Parties' desired briefing schedule and page limits for any future omnibus Motion to Dismiss and joinders thereto, if any, and (2) the Parties' proposal(s) regarding potential leadership structure(s) for the Related Actions;
- Discovery will remain closed until further order from the Court, however Plaintiffs may petition the Court to permit discovery in response to a Motion to Dismiss from any Defendant, where Plaintiffs demonstrate that Defendant is in sole possession of said discovery and that the discovery is necessary to respond to a ground for the Motion to Dismiss;
- Discovery will be referred to a Magistrate Judge; and
- Plaintiffs in the *Opperman* action are granted leave to file a motion for entry of default against Defendant Hipster.

**IT IS SO ORDERED.**

Date: ___July 1___, 2013.

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] SCHEDULING ORDER     13-cv-00453-JST; 12-cv-01515-JST; 12-cv-01529-JST; 12-cv-06550-JST