UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PATH, INC., et al.,<br><br>        Defendants. | Case No. 13-cv-00453-JST<br><br>**ORDER RE: CONDUCT OF MOTION TO DISMISS HEARINGS**<br><br>THIS DOCUMENT RELATES TO ALL CASES |

The Court hereby advances the hearings on the four pending motions to dismiss, ECF Nos. 393, 394, 395, 396, by one hour, to February 11, 2014, at 9:00 a.m. The Court will impose time limits on the parties' arguments as follows:

    1.    Plaintiffs and Defendants shall each have, as a group, ninety minutes for oral argument.

    2.    If Plaintiffs wish to make a reply argument, they must reserve a portion of their ninety minutes to do so.

    3.    By February 7, 2014 at 4:00 p.m., Defendants must file either (a) a stipulated proposed order regarding the division of their ninety minutes or, if they cannot agree, (b) their competing proposals for the division of time. The proposals shall recite only the proposed division of time without further briefing or argument.

**IT IS SO ORDERED.**

Dated: February 3, 2014

                                        JON S. TIGAR
                                   United States District Judge