JAMES M. WAGSTAFFE (95535)
MICHAEL VON LOEWENFELDT (178665)
MICHAEL K. NG (237915)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.: 415-371-8500
Fax: 415-371-0500
Email: wagstaffe@kerrwagstaffe.com
Email: mvl@kerrwagstaffe.com
Email: mng@kerrwagstaffe.com

DAVID M. GIVEN (142375)
NICHOLAS A. CARLIN (112532)
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911
Email: dmg@phillaw.com
Email: nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

FILED
JUL 0 3 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUN 3 0 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PATH, INC., et al.,<br><br>Defendants. | Case No. 13-cv-00453-JST<br><br>**CLASS ACTION**<br><br>**STIPULATION TO PRESERVE RIGHTS AS TO CERTAIN CLAIMS AND TO DISMISS WITHOUT PREJUDICE AS TO THOSE CLAIMS AND AS TO DEFENDANT FACEBOOK, INC.; [PROPOSED] ORDER**<br><br>*Hernandez v. Path, Inc.*, No. 12-cv-1515-JST<br>*Pirozzi v. Apple Inc.*, No. 12-cv-1529-JST<br>*Gutierrez v. Instagram, Inc.*, No. 12-cv-6550-JST<br>*Espitia v. Hipster, Inc.*, No. 4:13-cv-432-JST<br>(collectively, the "Related Actions") |

Case No. : 13-cv-00453-JST         STIPULATION TO PRESERVE RIGHTS AS TO CERTAIN CLAIMS, ETC.

## STIPULATION

WHEREAS, Plaintiffs Haig Arabian, Alan Beuershasen, Giuli Biondi, Lauren Carter, Steve Dean, Stephanie Dennis-Cooley, Jason Green, Claire Hodgins, Gentry Hoffman, Rachelle King, Nirali Mandaywala, Claire Moses, Judy Paul, Maria Pirozzi, Theda Sandiford and Greg Varner, individually and on behalf of all others similarly situated ("Plaintiffs") in the above-captioned matters, filed a Consolidated Amended Class Action Complaint on September 3, 2013 (ECF No. 362);

WHEREAS, Defendants Facebook, Inc., and Gowalla, Inc. ("Defendants") filed a motion to dismiss on October 18, 2013 (ECF No. 394) directed to certain claims pertaining exclusively to them (the "Fraudulent Transfer Claims");

WHEREAS, that motion was granted by an order of this Court dated May 14, 2014 (ECF No. 471), and the order also granted Plaintiffs leave to amend the Fraudulent Transfer Claims;

WHEREAS, certain Plaintiffs intend to re-plead some or all of the Fraudulent Transfer Claims;

WHEREAS, the Fraudulent Transfer Claims raise issues secondary to the core issues of liability in this action, and can and should be pursued, if at all, at a later date;

WHEREAS, rather than Plaintiffs' re-pleading some or all of the Fraudulent Transfer Claims at this time, the parties wish to avoid for now any additional proceedings on those claims via voluntary dismissal, while preserving Plaintiffs' right to pursue those claims at a later date without prejudice as a result of any statute of limitations defense.

THEREFORE, Pursuant to Civil L.R. 7-12, Plaintiffs and Defendants stipulate as follows:

1. Notwithstanding the amended pleading filed by Plaintiffs on today's date, (A) the Fraudulent Transfer Claims are deemed to have been re-pled in a timely manner in said pleading; and (B) the Fraudulent Transfer Claims are deemed dismissed by Plaintiffs voluntarily and without prejudice.

2. Any and all statute of limitations periods applicable to the Fraudulent Transfer Claims shall be and hereby are tolled during the period commencing on today's date and ending

1  on the date of entry of a judgment for or against defendant Gowalla Incorporated in this action
2  (the "Tolling Period")..

3.  The effect of this Stipulation will be to dismiss defendant Facebook, Inc., as a party defendant in this action without prejudice in accordance with FRCP 41(a), each party to bear their own costs and fees. For the avoidance of doubt, this dismissal shall be without prejudice to Plaintiffs' right, in the event Plaintiffs obtain a judgment against defendant Gowalla Incorporated, to contend that Facebook is liable to Plaintiffs for some or all of the judgment on the basis of fraudulent transfer or conveyance.

Respectfully submitted,

Dated:  June 27, 2014

**KERR & WAGSTAFFE LLP**

By: *Michael Ng*
James M. Wagstaffe (95535)
Michael von Loewenfeldt (178665)
Michael Ng (237915)
KERR & WAGSTAFFE LLP
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel.: 415-371-8500
Fax: 415-371-0500
wagstaffe@kerrwagstaffe.com
mvl@kerrwagstaffe.com
mng@kerrwagstaffe.com

David M. Given
Nicholas A. Carlin
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA 94111
Tel: 415-398-0900
Fax: 415-398-0911
dmg@phillaw.com
nac@phillaw.com

*Interim Co-Lead Counsel for Plaintiffs*

Carl F. Schwenker (admitted *pro hac vice*)
LAW OFFICES OF CARL F. SCHWENKER
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-480-8427
Fax: 512-857-1294
cfslaw@swbell.net

*Plaintiffs' Liaison Counsel*

3

Case No. : 13-cv-00453-JST                                              STIPULATION TO PRESERVE APPELLATE RIGHTS

Jeff Edwards (admitted *pro hac vice*)
EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel: 512-623-7727
Fax: 512-623-7729
cfslaw@swbell.net

Jennifer Sarnelli
Kira German (admitted *pro hac vice*)
GARDY & NOTIS, LLP
501 Fifth Avenue, Suite 1408
New York, NY 10017
Tel: 212-905-0509
Fax: 212-905-0508
jsarnelli@gardylaw.com
kgerman@gardylaw.com

*Plaintiffs' Steering Committee*

**ATTORNEYS FOR PLAINTIFFS**

Dated: June 27, 2014

**COOLEY LLP**

By: */s/ Mazda K. Antia*
Mazda Kersey Antia
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Tel.: (858) 550-6000
Fax: (858) 550-6420
mantia@cooley.com

Michael G. Rhodes
Matthew D. Brown
COOLEY LLP
101 California Street
Fifth Floor
San Francisco, CA 94111-5800
Tel.: 415-693-2000
rhodesmg@cooley.com
brownmd@cooley.com

Case No. : 13-cv-00453-JST

4

STIPULATION TO PRESERVE APPELLATE RIGHTS

|   | |
|---|---|
| 1 | Christopher B. Durbin |
| 2 | COOLEY LLP |
|   | 1700 Seventh Avenue, Suite 1900 |
|   | Seattle, WA 98101-1355 |
|   | Tel.: (206) 452-8700 |
|   | Fax: (206) 452-8798 |
|   | cdurbin@cooley.com |

**ATTORNEYS FOR DEFENDANT FACEBOOK, INC.**

Dated: June 27, 2014

**DHILLON & SMITH LLP**

By: /s/ *Krista L. Shoquist*
Harmeet K. Dhillon
Krista Lee Shoquist
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, CA 94108
Tel.: 415-433-1700
Fax: 415-520-6593
harmeet@dhillonsmith.com
kshoquist@dhillonsmith.com

**ATTORNEYS FOR DEFENDANT GOWALLA INCORPORATED**

### ATTESTATION

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: June 27, 2014

**KERR & WAGSTAFFE LLP**

By: /s/ *Michael Ng*
Michael Ng

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing thereof, the above stipulation by and between Plaintiffs and Defendants through their respective counsel is granted.

Accordingly, the Court orders as follows:

1. Notwithstanding the amended pleading filed by Plaintiffs on today's date, (A) the Fraudulent Transfer Claims are deemed to have been re-pled in a timely manner in said pleading; and (B) the Fraudulent Transfer Claims are deemed dismissed by Plaintiffs voluntarily and without prejudice.

2. Any and all statute of limitations periods applicable to the Fraudulent Transfer Claims shall be and hereby are tolled during the period commencing on today's date and ending on the date of entry of a judgment for or against defendant Gowalla Incorporated in this action (the "Tolling Period"). .

3. Defendant Facebook, Inc., is dismissed as a party defendant in this action without prejudice in accordance with FRCP 41(a), each party to bear their own costs and fees. For the avoidance of doubt, this dismissal shall be without prejudice to Plaintiffs' right, in the event Plaintiffs obtain a judgment against defendant Gowalla Incorporated, to contend that Facebook is liable to Plaintiffs for some or all of the judgment on the basis of fraudulent transfer or conveyance.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 3, , 2014

_____
The Honorable Jon S. Tigar
United States District Judge

KERR
&
WACSTAFFE
LLP

Case No. : 13-cv-00453-JST

6

STIPULATION TO PRESERVE APPELLATE RIGHTS

### CERTIFICATE OF SERVICE

I certify that on this day, June 27, 2014, I caused a copy of this STIPULATION TO PRESERVE APPELLATE RIGHTS OF PREVIOUSLY ASSERTED CLAIMS and Proposed Order to be served on all counsel of record via the CM/ECF system.

KERR & WAGSTAFFE LLP

By: /s/ Michael Ng
Michael Ng