Robert B. Hawk (Bar No. 118054)
Maren J. Clouse (Bar No. 228726)
Jenny Q. Shen (Bar No. 278883)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Telephone:  + 1 (650) 463-4000
Facsimile:  + 1 (650) 463-4199
robert.hawk@hoganlovells.com
maren.clouse@hoganlovells.com
jenny.shen@hoganlovells.com

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PATH, INC., et al. <br><br> Defendants. | Case No.: 13-cv-00453-JST <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING PAGE LIMITS FOR DEFENDANT APPLE INC.'S MOTION TO DISMISS SECOND CONSOLIDATED AMENDED COMPLAINT** <br><br> THE HONORABLE JON S. TIGAR <br><br> THIS DOCUMENT RELATES TO CASES: <br><br> *Opperman v. Path, Inc.*, No. 13-cv-00453-JST <br> *Hernandez v. Path, Inc.*, No. 12-cv-1515-JST <br> *Pirozzi v. Apple, Inc.*, No. 12-cv-1529-JST <br> *Gutierrez v. Instagram, Inc*. No. 12-cv-6550-JST <br> *Espita v. Hipster, Inc. No.* 4-13-cv-432-JST |

Pursuant to Civil Local Rule 7-4(b), Plaintiffs in this proceeding ("Plaintiffs") and Defendant Apple Inc. ("Apple") (collectively, the "Parties"), hereby stipulate as follows:

1. On July 9, 2014, the Court set August 22, 2014 as the deadline for Apple and other Defendants to submit their Motions to Dismiss the Second Consolidated Amended Complaint.

2. On July 9, 2014, the Court set a hearing on Motions to Dismiss for December 2, 2014, at 2:00 p.m.

3. Given the number of claims and issues to be addressed in the Second Consolidated Amended Complaint, the Parties believe a modest enlargement of the default page limitations is warranted;

4. Counsel for the Parties have met and conferred and have come to an agreement, subject to the approval of the Court, regarding page limits for briefing on Apple's Motion to Dismiss;

NOW THEREFORE, the Parties stipulate as follows:

- Apple's Motion to Dismiss shall not exceed thirty (30) pages in length; and
- Plaintiff's response to Apple's Motion to Dismiss shall not exceed thirty (30) pages in length.

Respectfully submitted,

Dated: August 15, 2014

HOGAN LOVELLS US LLP
Robert B. Hawk
Maren J. Clouse
Jenny Q. Shen
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Tel.: 650.463.4000
Fax: 650.463.4199
robert.hawk@hoganlovells.com
maren.clouse@hoganlovells.com
jenny.shen@hoganlovells.com

Clayton C. James
HOGAN LOVELLS US LLP
1200 Seventeenth Street, Suite 1500
Denver, CO 80202
Tel.: 303.899.7300
Fax: 303.899.7333
clay.james@hoganlovells.com

| | |
|---|---|
| | By: */s/ Robert B. Hawk* <br> Robert B. Hawk |
| | ATTORNEYS FOR DEFENDANT APPLE INC |
| Dated:  August 15, 2014 | KERR & WAGSTAFFE LLP <br> James M. Wagstaffe (95535) <br> Michael von Loewenfeldt (178665) <br> Michael Ng (237915) <br> KERR & WAGSTAFFE LLP <br> 101 Mission Street, 18th Floor <br> San Francisco, CA 94105 <br> Tel.:  415-371-8500 <br> Fax:  415-371-0500 <br> wagstaffe@kerrwagstaffe.com <br>  mvl@kerrwagstaffe.com <br>  mng@kerrwagstaffe.com |
| | By: */s/ Michael Ng* <br> Michael Ng |
| | *Interim Co-Lead Counsel for Plaintiffs* |
| | David M. Given <br> Nicholas A. Carlin <br> PHILLIPS, ERLEWINE & GIVEN LLP <br> 50 California Street, 32nd Floor <br> San Francisco, CA 94111 <br> Tel: 415-398-0900 <br> Fax: 415-398-0911 <br> dmg@phillaw.com <br> nac@phillaw.com |
| | *Interim Co-Lead Counsel for Plaintiffs* |
| | Carl F. Schwenker (admitted *pro hac vice*) <br> LAW OFFICES OF CARL F. SCHWENKER <br> The Haehnel Building <br> 1101 East 11th Street <br> Austin, TX 78702 <br> Tel: 512-480-8427 <br> Fax: 512-857-1294 <br> cfslaw@swbell.net |
| | *Plaintiffs' Liaison Counsel* |

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:**

Apple's Motion to Dismiss Memorandum shall not exceed thirty (30) pages;

Plaintiff's Opposition Memorandum shall not exceed thirty (30) pages.

Dated:         August 15    , 2014

_____
The Honorable Jon S. Tigar
United States District Judge

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i), I, Robert B. Hawk, hereby attest that concurrence in the filing of this document has been obtained from the above-listed counsel.

Dated: August 15, 2014                               Hogan Lovells US LLP

By: */s/ Robert B. Hawk*
Robert B. Hawk
HOGAN LOVELLS US LLP
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Tel.: 650.463.4000
Fax: 650.463.4199

*ATTORNEYS FOR DEFENDANT APPLE INC.*