| | |
|---|---|
| 1 | DAVID M. GIVEN (SBN 142375) |
| 2 | NICHOLAS A CARLIN (SBN 112532) |

DAVID M. GIVEN (SBN 142375)
NICHOLAS A CARLIN (SBN 112532)
**PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911
dmg@phillaw.com
nac@phillaw.com

MICHAEL VON LOEWENFELDT (SBN 178665)
JAMES M. WAGSTAFFE (SBN 95535)
FRANK BUSCH (SBN 258288)
DANIEL J. VEROFF (SBN 291492)
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Tel: (415) 371-8500
Fax: (415) 371-0500
mvl@kerrwagstaffe.com
wagstaffe@kerrwagstaffe.com
busch@kerrwagstaffe.com
veroff@kerrwagstaffe.com

*Class Counsel for Plaintiffs*
*(additional counsel listed on signature page)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC OPPERMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KONG TECHNOLOGIES, INC., et al. <br><br> Defendants. | Case No. 13-cv-00453-JST <br><br> **CLASS ACTION** <br><br> **STIPULATED MOTION FOR ADMINISTRATIVE RELIEF REGARDING PAYMENT OF CERTAIN CLAIMS WITH MISSING INFORMATION; [PROPOSED] ORDER** <br><br> **THIS DOCUMENT ALSO RELATES TO:** <br> *Hernandez v. Path, Inc.*, No. 12-cv-1515-JST <br> (collectively, the "Related Actions") |



Case No.: 13-cv-00453-JST　　　　　　　　　　　STIPULATED ADMIN MOTION RE PAYMENT

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that all parties to the class action settlement, through their counsel of record, STIPULATE pursuant to Civil Local Rules 7-11 and 7-12 that the Court should enter this stipulated order allowing the settlement administrator, KCC, to mail physical letters with Amazon credits codes on them to class members who submitted claims but whose contact information was incomplete as discussed below.

WHEREAS, KCC has advised counsel for the parties that 502 of the class members who submitted timely claims and requested distribution by check did not provide a name to go on that check;

WHEREAS, neither KCC nor Class Counsel have been able to obtain those class members' names;

WHEREAS, an additional 609 class members submitted claims for an Amazon credit with an email address that is presently invalid (and which therefore cannot receive email);

WHEREAS, KCC has a mailing address for each class member in these two groups;

WHEREAS, KCC has recommended that it be allowed to send each of these groups of class members an Amazon credit code in printed form rather than email (i.e. a printed "gift card") as a method of distributing their payments; and

WHEREAS no other method of providing the benefits to these class members appears available within the parameters of the settlement and the information known to KCC;

THEREFORE, it is hereby stipulated and agreed by the parties that:

1. the Court should instruct KCC to send via US Mail Amazon credit codes to the 502 class members who requested checks but have not provided their names notwithstanding those class members' request for a check; and

2. the Court should instruct KCC to send via US Mail Amazon credit codes to the 609 class members whose emails are invalid, as well as to any other class members whose emails are invalid at the time of the distribution.

IT IS SO STIPULATED.

///

| | |
|---|---|
| Dated: April 23, 2018 | **KERR & WAGSTAFFE LLP** |
| | By: */s/Michael von Loewenfeldt* |
| | James M. Wagstaffe (95535) |
| | Michael von Loewenfeldt (178665) |
| | Frank Busch (258288) |
| | KERR & WAGSTAFFE LLP |
| | 101 Mission Street, 18th Floor |
| | San Francisco, CA 94105 |
| | Tel.: 415-371-8500 |
| | Fax: 415-371-0500 |
| | wagstaffe@kerrwagstaffe.com |
| | mvl@kerrwagstaffe.com |
| | busch@kerrwagstaffe.com |
| | |
| | David M. Given |
| | Nicholas A. Carlin |
| | PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP |
| | 39 Mesa Street, Ste. 201 |
| | San Francisco, CA 94129 |
| | Tel: 415-398-0900 |
| | Fax: 415-398-0911 |
| | dmg@phillaw.com  nac@phillaw.com |
| | |
| | Carl F. Schwenker (admitted *pro hac vice*) |
| | LAW OFFICES OF CARL F. SCHWENKER |
| | The Haehnel Building |
| | 1101 East 11th Street |
| | Austin, TX 78702 |
| | Tel: 512-480-8427 |
| | Fax: 512-857-1294 |
| | cfslaw@swbell.net |
| | |
| | Jeff Edwards (admitted *pro hac vice*) |
| | EDWARDS LAW |
| | The Haehnel Building |
| | 1101 East 11th Street |
| | Austin, TX 78702 |
| | Tel: 512-623-7727 |
| | Fax: 512-623-7729 |
| | cfslaw@swbell.net |
| | |
| | Jennifer Sarnelli |
| | GARDY & NOTIS, LLP |
| | 126 E. 56th Street, 8th Floor |
| | New York, NY 10022 |
| | Tel: 212-905-0509 |
| | Fax: 212-905-0508 |
| | jsarnelli@gardylaw.com |
| | |
| | **CLASS COUNSEL FOR PLAINTIFFS** |

| | | |
|---|---|---|
| 1 | Dated: April 23, 2018 | **COOLEY LLP** |
| 2 | | |
| 3 | | By: */s/ Mazda K. Antia* |
| | | Mazda K. Antia |
| 4 | | 4401 Eastgate Mall |
| | | San Diego, CA 92121-1909 |
| 5 | | Tel: 858-550-6000 |
| | | Fax: 858-550-6420 |
| 6 | | mantia@cooley.com |
| 7 | | |
| | | **ATTORNEYS FOR DEFENDANTS** |
| 8 | | **INSTAGRAM, LLC & KIK INTERACTIVE,** |
| | | **INC.** |
| 9 | | |
| 10 | Dated: April 23, 2018 | **MORRISON & FOERSTER LLP** |
| 11 | | |
| 12 | | By: */s/ Claudia M. Vesti* |
| | | Claudia M. Vetesi |
| 13 | | |
| 14 | | 425 Market Street |
| | | San Francisco, CA 94105-2482 |
| 15 | | Telephone: 415.268.7000 |
| | | Facsimile: 415.268.7522 |
| 16 | | Email: CVetesi@mofo.com |
| 17 | | |
| | | **ATTORNEYS FOR DEFENDANT** |
| 18 | | **FOURSQUARE LABS, INC.** |
| 19 | | |
| | Dated: April 23, 2018 | **DHILLON LAW GROUP, INC.** |
| 20 | | |
| 21 | | |
| | | By: */s/ Harmeet K. Dhillon* |
| 22 | | Krista L. Baughman |
| | | Harmeet K. Dhillon |
| 23 | | |
| | | 177 Post Street, Suite 700 |
| 24 | | San Francisco, CA 94108 |
| | | Telephone: (415) 433-1700 |
| 25 | | Fax: (415) 520-6593 |
| | | Email: harmeet@dhillonlaw.com |
| 26 | | Email: kbaughman@dhillonlaw.com |
| 27 | | |
| | | **ATTORNEYS FOR DEFENDANT** |
| 28 | | **GOWALLA, INC.** |

Dated: April 23, 2018                    **DURIE TANGRI LLP**

By: */s/ Michael Henry Page*
Michael Henry Page

217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-376-6403

Fax: 415-236-6300
Email: MPage@durietangri.com

**ATTORNEYS FOR DEFENDANTS FOODSPOTTING, INC. AND YELP INC.**

Dated: April 23, 2018                    **FENWICK & WEST LLP**

By: */s/ Tyler Griffin Newby*
Jedediah Wakefield
Tyler Griffin Newby

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Fax: (415) 281-1350
Email: jwakefield@fenwick.com
Email: tnewby@fenwick.com

**ATTORNEYS FOR DEFENDANT KONG TECHNOLOGIES, INC.**

Dated: April 23, 2018                    **PERKINS COIE LLP**

By: */s/ James G. Snell*
Lauren B. Cohen
James G. Snell
Julie E. Schwartz

3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 838-4300
Fax: (650) 838-4350

Email: lcohen@perkinscoie.com
Email: JSnell@perkinscoie.com
Email: JSchwartz@perkinscoie.com

**ATTORNEYS FOR DEFENDANT TWITTER, INC.**

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 25, 2018

_____
THE HONORABLE JON S. TIGAR
United States District Judge

## ATTESTATION

I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Dated: April 23, 2018   **KERR & WAGSTAFFE LLP**

By: */s/ Michael von Loewenfeldt*
Michael von Loewenfedlt